AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

KRISTEN TYTRELL WOODS,

Defendant

Case No.  8:23-mj-00295-DUTY

LODGED
CLERK, U.S. DISTRICT COURT
6/5/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
6/5/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DL___ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 16, 2023, in Orange County, in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Robbery |

This criminal complaint is based on these facts: *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

ANDREW J. FARBRIGAS, TASK FORCE OFFICER
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/05/2023

*Judge's signature*

City and state: Los Angeles, California

Hon. Rozella A. Oliver, U.S. Magistrate Judge
*Printed name and title*

AUSA: JMC x 6520

**AFFIDAVIT**

I, Andrew J. Fabrigas, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Detective with the Fullerton Police Department ("FPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As a TFO with the ATF, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 3051, and I am empowered by law to conduct investigations and make arrests for offenses against the United States.

2. I am assigned to the ATF Orange County Violent Crime Task Force ("OCVCTF"). The OCVCTF is comprised of federal and local law enforcement agencies, including, but not limited to, the ATF, Brea Police Department, Santa Ana Police Department, Orange County District Attorney's Office and Fullerton Police Department. The OCVCTF is responsible for among other things, investigating violations of federal law involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, possession of machineguns, the illegal distribution of firearms and narcotics, burglaries, and violent crimes to include robberies. Prior to this assignment with the ATF, I was a Fullerton Police Officer and have been so employed for approximately five years. I previously was employed by the Riverside County Sheriff's Department as a Deputy Sheriff for two years.

3. During my tenure as a police officer, as well as an ATF TFO, I have conducted and participated in numerous investigations of criminal activity, including, but not limited to the possession of firearms by prohibited persons, possession of stolen firearms, robberies, and homicides. Since joining the OCVCTF in August of 2022, I have specialized in investigations of robberies, firearms violations, drug trafficking, and gang activity. I have participated in the execution of numerous search and arrest warrants related to these investigations.

## II. **PURPOSE OF AFFIDAVIT**

4. This affidavit is made in support of an arrest warrant and criminal complaint charging Kristen Tytrell WOODS ("WOODS") with conspiracy to interfere with commerce by robbery, in violation of 18 U.S.C. § 1951(a), as well as an associated arrest warrant.

5. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses, including my review of reports prepared by other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of the investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

6. I am the lead ATF TFO assigned to the investigation of a smash and grab jewelry store robbery which occurred in Tustin, California. During the course of the investigation, I have obtained and reviewed local police reports related to the robbery, reviewed surveillance footage and still images from the robbery, conducted surveillance, and discussed the with other involved law enforcement investigators, among other investigative activity.

### III. SUMMARY OF PROBABLE CAUSE

7. ATF is investigating a robbery of a jewelry store in Tustin, California. As set forth below, the following evidence connects WOODS to the robbery: (1) clothing worn by WOODS during the robbery, which was the same as clothing worn by WOODS at the time of his arrest; (2) WOODS was a passenger inside the suspect vehicle that fled from the scene of the robbery; (3) when law enforcement attempted to stop the suspect vehicle, WOODS fled from the vehicle and was apprehended by pursuing officers; (4) several items of the stolen jewelry were located and recovered from the suspect vehicle from which WOODS fled.

### IV. STATEMENT OF PROBABLE CAUSE

**A. Robbery Under Investigation**

8. On May 16, 2023, at approximately 2:30 p.m., Tustin Police Department ("TPD") officers were dispatched to Sam Jewelry,[1] located at 2829 Park Avenue, Tustin, California in

---

[1] Sam Jewelry is a retail jeweler that is based in Tustin, California, whose inventory consists of rare stone and precious metals sourced from various vendors and locations around the
*(footnote cont'd on next page)*

reference to a robbery in progress. As officers were en route to the call, TPD dispatch advised three male suspects were in the store, smashing jewelry display cases with hammers and were wearing masks. Based on witness statements at the scene of the robbery, the three suspects ran from the store and entered a four door, white Hyundai Santa Fe with a "Blueline" paper plate fled the scene.

      9.    TPD officers arrived on scene and contacted a witness who initially described the suspects as the following: Three males, wearing black, gray, and white hoodies, pants, gloves, face masks, carrying hammers, and were carrying white trash bins. TPD officers contacted the victim business owner and reviewed surveillance footage.

          a.    I reviewed surveillance footage of the robbery from the interior and exterior of the business. On May 16, 2023, at approximately 2:29 p.m. a white Hyundai Santa Fe parked directly to the front of the store along the red curb line. Three male suspects exit the vehicle and enter the store.

              i.    Suspect 1, who exited the right rear passenger seat (later identified as WOODS), was described as male, thin build, wearing a black hoodie, dark pants, black shoes with white soles, a white face mask, and light-colored gloves while carrying a hammer and a trash bin.

---

world. Sam Jewelry makes and receives interstate shipments of their products in the course of business. Additionally, this retailer uses a credit card processor to facilitate the transfer of funds between U.S. and multinational corporations and banks for purchases made by customers at the store.

    ii. Suspect 2 who was seated in the front passenger seat (later identified as CC-1)[2] was described as, male, thin build, wearing a gray hoodie, gray sweatpants, gray/white shoes, black gloves, and white face mask while carrying a hammer and a trash bin. The suspect's underwear was visible and were blue in color with logos.

    iii. Suspect 3 who exited the drivers seat (later identified as CC-2)[3] was described as, male, thin build, wearing a white and gray hoodie, light sweat pants with logos, blue and white Nike shoes, black gloves and a black face mask while carrying a hammer and a trash bin.

  b. All three suspects entered the business and moved methodically through the business. The three suspects smashed the display cases open with hammers and removed the jewelry from the display cases and placed the jewelry in the trash bins. The business owner stood behind the counter put her hands over her head and hid in fear behind the counter during the robbery. A customer was also in the store and hid behind the counter during the robbery.

 10. The victim business owner told TPD officers that the suspects entered and the business and yelled, "Don't move. Stay away, stay away." The business owner told officers she ran to the back of the store and fell to the ground and put her hands up in fear for her safety. The business owner cooperated with

---

[2] CC-1 was identified law enforcement as a 16 year old male from Los Angeles, California.

[3] CC-2 was identified law enforcement as a 17 year old male from Los Angeles, California.

suspects because she was in fear the suspects had a gun. At 2:30 p.m., the three suspects were seen exiting the business with the stolen jewelry, entering the Hyundai Santa Fe, and fled the scene. The total loss was approximately $500,000 in stolen jewelry.

**B.   Arrest of WOODS**

11. On May 16, 2023, at approximately 2:40 p.m., an Irvine Police Department ("IPD") officer located the white Hyundai Santa Fe matching the description of the suspect vehicle used during the robbery mentioned above on the 405 freeway in Irvine, California.  IPD officers attempted a traffic stop of the suspect vehicle and the vehicle failed to yield and a pursuit ensued.  Multiple Orange County law enforcement agencies assisted with the vehicle pursuit.  During the pursuit, the suspect vehicle collided into a fire hydrant at the intersection of Bolsa Chica Road and Westminster Boulevard in Westminster, California.  Three individuals, subsequently identified as WOODS, CC-1, and CC-2, fled from the vehicle and ran into a residential neighborhood.  After a prolonged search by law enforcement WOODS, CC-1, and CC-2 were located and taken into custody.

12. Based on my review of police reports and surveillance footage, I know the following:

    a.   WOODS was arrested wearing the same clothing as Suspect 1, described above.

    b.   CC-1 was arrested wearing the same clothing as Suspect 2, described above. CC-1 also had a gold-colored

6

necklace, gold colored heart pennant, 5 gold-colored bracelets, and a gold colored chain on his possession.

      c.    CC-2 was arrested wearing the same exact clothing as Suspect 3 described above.

13. During a search of the abandoned white Hyundai, from which WOODS, CC-1, and CC-2 fled, officers located the trash cans containing numerous stolen jewelry items, three hammers, and masks suspected to be used in the crime. The stolen jewelry items recovered were later determined to be property of Sam Jewelry.

**C.**    **Interview OF WOODS**

14. On May 16, 2023, Woods was interviewed under <u>Miranda</u> by TPD Detective Schultz. During the interview, WOODS admitted to knowing CC-1 and CC-2 after meeting them at a party furthermore WOODS admitted to being a "Piru" gang member. WOODS admitted to sitting in the back of the suspect vehicle used in the commission of the robbery. WOODS stated he obtained the hammer he used to commit the robbery from inside of the suspect vehicle prior to him arriving at the store. WOODS identified himself in the surveillance video from the store that he reviewed with the detective during the interview.

## V. CONCLUSION

15. For all the reasons described above, there is probable cause to believe that WOODS has violated 18 U.S.C. § 1951(a), conspiracy to interfere with commerce by robbery.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __5th__ day of
__June____, 2023.

*Rozella A. Oliver*
UNITED STATES MAGISTRATE JUDGE